# Court of Appeals
# of the State of Georgia

ATLANTA,  November 23, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0593. RANDALL JOEY FUTCH, JR. v. THE STATE.**

A jury found Randall Joey Futch, Jr. guilty of aggravated battery and theft by taking. Futch filed a motion for new trial, which the trial court denied in part. However, the trial court found that Futch was improperly sentenced to serve ten years for theft by taking and scheduled a resentencing hearing. Futch filed a notice of appeal. We, however, lack jurisdiction.

Pursuant to OCGA § 5-6-34 (a) (1), defendants have the right to directly appeal from all "final judgments, that is to say, where the case is no longer pending in the court below." A "case is not final and ripe for appeal until a sentence has been entered on each count of the indictment that was the subject of the trial." *Keller v. State*, 275 Ga. 680, 681 (571 SE2d 806) (2002). Based on the record before us, Futch has not yet been re-sentenced. Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.

Upon entry of the sentencing order, the superior court clerk is DIRECTED to re-transmit Futch's appeal to this Court for re-docketing. Futch need not file a second notice of appeal.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/23/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.